United States District Court
Southern District of Texas
**ENTERED**
May 18, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| BERTHA MILLER, | § § § | |
| Plaintiff | § | |
| VS. | § | CIVIL ACTION NO. 5:15-CV-66 |
| | § | |
| TRAVELERS LLOYDS OF TEXAS INSURANCE COMPANY, | § § § § | |
| Defendant. | | |

### ORDER

The Court entered a Conditional Order of Dismissal and closed this case in October 2015 after having been advised that a settlement was reached between the parties. (Dkt. No. 14). The Court instructed the Parties to notify the Court if settlement could not be documented on or before November 6, 2015. On May 9, 2016, over seven months past the November deadline, the parties filed a Joint Stipulation of Dismissal. (Dkt. No. 15). Because this case has already been dismissed, Dkt. No. 15 is hereby **STRUCK**. See FED. R. CIV. P. 12(f).

It is so **ORDERED**.

**SIGNED** this 17th day of May, 2016.

Marina Garcia Marmolejo
United States District Judge

1